DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 2:11-mj-805-GWF |
|               ) | |
|        Plaintiff,    ) | |
|               ) | |
|      vs.           ) | |
|               ) | |
| BLOSSOM MANNING,       ) | |
|               ) | |
|        Defendant.    ) | |
|               ) | |

## GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL COMPLAINT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Assistant United States Attorney, and moves this Court to unseal the Complaint and all further proceedings for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

1         Unsealing is necessary to permit the Government to copy and distribute the above

2 referenced documents to the defense.

3

4         DATED this ___ day of January, 2012.

5

6         Respectfully submitted,

7         DANIEL G. BOGDEN
        United States Attorney

8

9

10         PHILLIP N. SMITH
        Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-MJ-1026-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| BLOSSOM MANNING, | ) | |
| Defendant. | ) | |

Based on Government's Application for an Order to Unseal the Complaint together with the Application and all further proceedings issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Complaint, the Application and the Court's Order be unsealed.

DATED this ____20th____ day of January, 2012.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE